# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM HOLT** : | |
| : | |
| v. : | NO. 2:23-cv-05046-GAM |
| : | |
| **SIMON'S AGENCY, INC.** : | |

## NOTICE OF SETTLEMENT

It is hereby stipulated by and between Plaintiff William Holt ("Plaintiff") and Defendant Simon's Agency, Inc. ("Defendant") that Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs to either party pursuant to Local Rule of Civil Procedure 41.1(b) pursuant to the agreement of counsel for Plaintiff and Defendant. The parties will file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) once the settlement has been finalized.

/s/ Robert P. Cocco
Robert P. Cocco, Esq.
LAW OFFICES OF ROBERT P. COCCO, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: 215.351.0200
Attorney for Plaintiff
William Holt
Dated: February 28, 2024

/s/ Monica M. Littman
Richard J. Perr, Esq.
Monica M. Littman, Esq.
KAUFMAN DOLOWICH LLP
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Tel: 215.501.7002
Attorneys for Defendant
Simon's Agency, Inc.
Dated: February 28, 2024