IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HOLT | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-5046 |
| | : | |
| SIMONS AGENCY INC. | : | |

**O R D E R**

This  29th  day of  February , 2024, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**GEORGE WYLESOL**, Clerk of Court

BY:   /s/ Patricia Clark
      Patricia Clark
      Civil Deputy to Judge McHugh

Copies EMAILED on  2/29/24  to:

cc:    All counsel of record